UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 06, 2017
David J. Bradley, Clerk

Bridget Bergman, §
§
        Plaintiff, §
§
versus §    Civil Action H-17-1511
§
Liberty Insurance Corporation, *et al.*, §
§
        Defendants. §

## Dismissal of Davidson

Kendall Davidson is dismissed as improperly joined.

Signed on June 6, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge