UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 06, 2017
David J. Bradley, Clerk

| | |
|---|---|
| Bridget Bergman,<br><br>              Plaintiff,<br><br>versus<br><br>Liberty Insurance Corporation, et al.,<br><br>              Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     Civil Action H-17-1511 |

# Order to Mediate

1. *Appointment.*
   Under Local Rule 16, this case is referred for mediation to:

   > Will Cannon
   > 2144 Harold Street
   > Houston, Texas 77098
   > (713) 871-0333

   Mediation is a mandatory, non-binding settlement conference to allow the parties to resolve their differences with the assistance of a neutral third-party.

2. *Procedure.*

   A. Within ten business days from the entry of this order, all counsel must contact the mediator to arrange the mediation. If there is no agreement, the mediator will select a date, and the parties must appear as directed by the mediator.

   B. Mediation must occur by August 8, 2017.

   C. All proceedings in a mediation are confidential. No subpoena, summons, or discovery paper may be served on a participant while mediating or while en route to or from a session.

    D.    Within ten days of the mediation, the mediator will file the memorandum required by the local rules. No information about the mediation, other than that memorandum, may be given to the court by anyone.

3. *Requirements.*
    A.  Counsel and the parties will work in good faith to resolve the case through mediation.

    B.  Each party must be present for the entire mediation. Individual parties must appear in person; others must appear by a principal, partner, officer, or other official with authority to negotiate and commit.

    C.  If insurance companies must be involved in a settlement, a representative from each company with authority to negotiate and agree must attend the mediation.

4. *Fee.*

    The mediator, in consultation with the parties, will determine the fee for the mediation. The parties will divide the fee equally unless otherwise agreed. Fee disputes will be heard by the court by motion after the mediation.

5. *Schedule.*

    All dates in the scheduling order are suspended. If mediation is unsuccessful, the court will enter a scheduling order.

    Everything is stayed except for (a) orders of the mediator and (b) extraordinary emergency motions.

    Signed on June 6, 2017, at Houston, Texas.

                                Lynn N. Hughes
                          United States District Judge