| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
September 27, 2017
David J. Bradley, Clerk

Bridget Bergman, §
§
       Plaintiff, §
§
versus §    Civil Action H-17-1511
§
Liberty Insurance Corporation, et al., §
§
       Defendants. §

## Final Dismissal

1. On the agreement of the parties, this case is dismissed with prejudice. (21)

2. Each party will bear its own costs.

3. This court retains jurisdiction to enforce the settlement.

Signed on September 25, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge